**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sure Sports Lending, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **Sure Sports, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **55-0918004** |
| 4. | **Debtor's address** | **Principal place of business**<br>**2116 Hollywood Blvd, Suite 116**<br>**Hollywood, FL 33020**<br>Number, Street, City, State & ZIP Code<br>**Broward**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.sureports.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Sure Sports Lending, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5242**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Sure Sports Lending, LLC** Case number (*if known*) ______
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Sure Sports Lending, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 2, 2026**
MM / DD / YYYY

*X* **/s/ Leon C. McKenzie**
Signature of authorized representative of debtor

**Leon C. McKenzie**
Printed name

Title **President**

---

**18. Signature of attorney**

*X* **/s/ Patrick R. Dorsey**
Signature of attorney for debtor

Date **November 2, 2026**
MM / DD / YYYY

**Patrick R. Dorsey**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone **561 443 0800** Email address **pdorsey@slp.law**

**0085841 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Sure Sports Lending, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 2, 2026**

X Leon C. McKenzie
Leon C. McKenzie (Nov 2, 2026 11:40:43 EST)
Signature of individual signing on behalf of debtor

**Leon C. McKenzie**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sure Sports Lending, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Transworld Systems, Inc.<br>500 Virginia Dr, Ste 514<br>Fort Washington, PA 19034** | | **PPP Loan** | | | | **$175,485.33** |
| **Heitner Legal, PLLC<br>2300 Delmar Pl<br>Fort Lauderdale, FL 33301** | | **Legal fees** | | | | **$50,000.00** |
| **Preqin Limited<br>12 Throgmorton Ave<br>London EC2N 2DL<br>United Kingdom** | | **Services rendered** | | | | **$3,125.00** |
| **Aliya Sports Finance Fund, LP<br>c/o Kluger, Kaplan, Silverman et al<br>Citigroup Center, 27th FL<br>201 S Biscayne Blvd<br>Miami, FL 33131** | | **Lawsuit** | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **All Pro Capital Funding LLC<br>c/o Daniel J. Gerber, Esq.<br>Rumberger, Kirk & Caldwell, PA<br>300 S Orange Ave, Suite 1400<br>Orlando, FL 32801** | | **Broward County lawsuit** | **Contingent<br>Unliquidated<br>Disputed** | | | **$0.00** |
| **Broward County Tax Collector<br>115 S Andrews Ave, A100<br>Fort Lauderdale, FL 33010** | | **For Information Purposes** | | | | **Unknown** |

Debtor **Sure Sports Lending, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | | For Information Purposes | | | | Unknown |
| Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | | For Information Purposes | | | | Unknown |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19114 | | For Information Purposes | | | | Unknown |
| Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | | For Information Purposes | | | | Unknown |
| PA Department of Revenue<br>PO Box 280905<br>Harrisburg, PA 17128-0905 | | For Information Purposes | | | | Unknown |
| SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549 | | For Information Purposes | | | | Unknown |
| Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131 | | For Information Purposes | | | | Unknown |
| United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 | | For Information Purposes | | | | Unknown |

Debtor **Sure Sports Lending, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **US Attorney Southern District of Florida 500 South Australian Avenue Suite 400 West Palm Beach, FL 33401** | | **For Information Purposes** | | | | **Unknown** |

# United States Bankruptcy Court
## Southern District of Florida

In re **Sure Sports Lending, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 2, 2026**

**/s/ Leon C. McKenzie**
**Leon C. McKenzie**/**President**
Signer/Title

Aliya Growth Fund, LLC - Series X
1450 Brickell Ave, Ste 2600
Miami, FL 33131

Aliya Sports Finance Fund
1450 Brickell Ave, Ste 2600
Miami, FL 33131

Aliya Sports Finance Fund, LP
c/o Kluger, Kaplan, Silverman et al
Citigroup Center, 27th FL
201 S Biscayne Blvd
Miami, FL 33131

All Pro Capital Funding LLC
c/o Daniel J. Gerber, Esq.
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave, Suite 1400
Orlando, FL 32801

Amerant Mortgage, LLC
226 N Kentucky Ave
Lakeland, FL 33801

Ameris Bank
3595 Marietta Hwy
Canton, GA 30114

ASLA Capital LLC
200 S Biscayne Blvd, Ste 4100
Miami, FL 33131

Axos Bank
PO Box 5804
Troy, MI 48007

Balanced Bridge Funding
122 E Lancaster Ave, 2nd FL
Wayne, PA 19087

BMO Bank NA
790 N Water St, FL 11
Milwaukee, WI 53202-3509

BoxPoint Capital, LLC
2728 Hood, Ste 305
Dallas, TX 75219

Broward County Tax Collector
115 S Andrews Ave, A100
Fort Lauderdale, FL 33010

Caliber Home Loans, Inc.
1525 S Belt Line Rd
Coppell, TX 75019

California Bank & Trust
3 MacArthur Place
Santa Ana, CA 92707

Centennial Bank
2101 W Commercial Blvd, Ste 5000
Fort Lauderdale, FL 33309

CenterState Bank, NA
901 East Las Olas Blvd, Suite 103
Fort Lauderdale, FL 33301

Cornerstone Capital LLC
1801 Pennsylvania Ave, Ste 700
Washington, DC 20006

Craft Bank
1575 Northside Drive NW
Bldg 100, Ste 200
Atlanta, GA 30318

DeAngelo Vehicle Sales, LLC
9 Banks Ave
McAdoo, PA 18237

Democracy Capital Corporation
480 Montgomery Ln, Ste 1000
Bethesda, MD 20814

First Farmers Bank & Trust
101 W Sycamore St
Kokomo, IN 46901

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Greenbox Loans, Inc.
3250 Wilshire Blvd #1900
Los Angeles, CA 90010

Harper Pearl Realty, LLC
208 SE 15th St
Dania Beach, FL 33004

Harper Pearl Realty, LLC
2116 Hollywood Blvd
Hollywood, FL 33020

Heitner Legal, PLLC
2300 Delmar Pl
Fort Lauderdale, FL 33301

HSBC Bank
PO Box 961292
Fort Worth, TX 76161

Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114

Itaparica Capital Inc.
40 SW 13th St, Ste 802
Miami, FL 33131

Joleen Matte
2116 Hollywood Blvd, Ste 116
Hollywood, FL 33020

JPMorgan Chase Bank, NA
1570 S Dixie Hwy
Coral Gables, FL 33146

Lending Hand Mortgage, LLC
116 East Cedar St
Goodlettsville, TN 37072

Leon McKenzie
2116 Hollywood Blvd, Ste 116
Hollywood, FL 33020

Leon McKenzie
902 Hollywood Blvd
Hollywood, FL 33019

Mechanics Bank
1111 Civic Dr, Ste 240
Walnut Creek, CA 94596

Nautilus Funding Solutions
1628 Oak Leaf St
Daniel Island, SC 29492

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Optimum Bank
2929 E Commercial Blvd
Ft Lauderdale, FL 33020

PA Department of Revenue
PO Box 280905
Harrisburg, PA 17128-0905

Paragon Bank
PO Box 2022
Memphis, TN 38101

Preqin Limited
12 Throgmorton Ave
London EC2N 2DL
United Kingdom

Prime Off Roading Enterprises, LLC
3500 S Dupont Highway
Dover, DE 19901

Professional Bank
396 Alhambra Circle
Ste 255
Coral Gables, FL 33134

Rainmaker Sports, LLC
1 Bradbury Pl
Riverside, CT 06878

SEC Headquarters
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131

Seven Isles Capital, LLC
200 East Las Olas Blvd
Ste 1550
Fort Lauderdale, FL 33301

Sicily Capital LLC
300 E Oakland Park Blvd
Ste 500
Fort Lauderdale, FL 33334

South River Capital LLC
1750 Forest Dr, Ste 195
Annapolis, MD 21401

SouthState
PO Box 118068
Charleston, SC 29423

SouthState Bank, NA
200 E Las Olas Blvd, Ste 1750
Fort Lauderdale, FL 33301

Sports Capital Lending, LLC
10000 Town Center Ave
Ste 410
Columbia, MD 21044

Thrivest Specialty Funding III, LLC
8 Tower Bridge
161 Washington St, Ste 240
Conshohocken, PA 19428

Thrivest Specialty Funding, LLC
2 Penn Center Plaza
1500 JFK Blvd, Ste 220
Philadelphia, PA 19102

Torrey Pines Bank/Western Alliance Bank
450 B St
San Diego, CA 92101

Transworld Systems, Inc.
500 Virginia Dr, Ste 514
Fort Washington, PA 19034

Trip S Holdings, LLC
200 S Biscayne Blvd
Ste 4100
Miami, FL 33131

TSI
PO Box 15616
Wilmington, DE 19850-5616

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

United Wholesale Mortgage
585 S Boulevard E
Pontiac, MI 48341

US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401

Wilmington Savings Fund Society, FSB
500 Delaware Ave
Wilmington, DE 19801