| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sure Sports Lending, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Transworld Systems, Inc.<br>500 Virginia Dr, Ste 514<br>Fort Washington, PA 19034 | | PPP Loan | | | | $175,485.33 |
| Heitner Legal, PLLC<br>2300 Delmar Pl<br>Fort Lauderdale, FL 33301 | | Legal fees | | | | $50,000.00 |
| Preqin Limited<br>12 Throgmorton Ave<br>London EC2N 2DL<br>United Kingdom | | Services rendered | | | | $3,125.00 |
| Aliya Sports Finance Fund, LP<br>c/o Kluger, Kaplan, Silverman et al<br>Citigroup Center, 27th FL<br>201 S Biscayne Blvd<br>Miami, FL 33131 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| All Pro Capital Funding LLC<br>c/o Daniel J. Gerber, Esq.<br>Rumberger, Kirk & Caldwell, PA<br>300 S Orange Ave, Suite 1400<br>Orlando, FL 32801 | | Broward County lawsuit | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Broward County Tax Collector<br>115 S Andrews Ave, A100<br>Fort Lauderdale, FL 33010 | | For Information Purposes | | | | Unknown |

Debtor **Sure Sports Lending, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668** | | **For Information Purposes** | | | | **Unknown** |
| **Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202** | | **For Information Purposes** | | | | **Unknown** |
| **Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19114** | | **For Information Purposes** | | | | **Unknown** |
| **Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050** | | **For Information Purposes** | | | | **Unknown** |
| **PA Department of Revenue<br>PO Box 280905<br>Harrisburg, PA 17128-0905** | | **For Information Purposes** | | | | **Unknown** |
| **SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549** | | **For Information Purposes** | | | | **Unknown** |
| **Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131** | | **For Information Purposes** | | | | **Unknown** |
| **United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001** | | **For Information Purposes** | | | | **Unknown** |

Debtor **Sure Sports Lending, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **US Attorney Southern District of Florida 500 South Australian Avenue Suite 400 West Palm Beach, FL 33401** | | **For Information Purposes** | | | | **Unknown** |