**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

SURE SPORTS LENDING, LLC, Case No. 26-24675-SMG

Debtor, Chapter 11

_______________________________________/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Josh M. Rubens, Esq. of Kluger, Kaplan, Silverman, Katzen & Levine, P.L., 201 South Biscayne Blvd., Suite 1800, Miami, Florida 33131, hereby files this Notice of Appearance on behalf of Creditor, ALIYA SPORTS FINANCE FUND, L.P. Pursuant to Fed. Bankr. R. 9010 and Bankr. S.D. Fla. R. 9010-1, all future correspondence, pleadings, motions, petitions, and other documents in the above-styled action should be addressed to and served upon the undersigned counsel.

Respectfully submitted,

**KLUGER, KAPLAN, SILVERMAN,**
**KATZEN & LEVINE, P.L.**
*Counsel for Aliya Sports Finance Fund, L.P.*
Citigroup Center, Suite 1800
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: /s/ Josh M. Rubens
Josh M. Rubens
Florida Bar No. 77603
jrubens@klugerkaplan.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 3, 2026, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF System.

/s/ Josh M. Rubens
Josh M. Rubens

**Service List**

Patrick R. Dorsey, Esq.
Shraiberg Page P.A.
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431
pdorsey@slp.law