**ORDERED in the Southern District of Florida on November 9, 2026.**

Scott M. Grossman, Chief Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 26-24675−SMG |
| Sure Sports Lending, LLC, | Chapter 11 |
| Debtor. | |

______________________________________/

**AGREED ORDER GRANTING SUBCHAPTER V TRUSTEE'S AGREED MOTION TO REQUIRE DEBTOR TO ESCROW SUBCHAPTER V TRUSTEE FEES AND EXPENSES**

**THIS MATTER** came before the Court upon the Subchapter V Trustee's Agreed Motion to Require Debtor to Escrow Subchapter V Trustee Fees and Expenses [ECF No. 11], pursuant to Local Rules 9013-2(a) and 9013-(2)(c), and the Court having reviewed the file, and been advised of the agreement between the parties,

it is **ORDERED:**

1. The Motion is **GRANTED**.

2. The Debtor is required to budget $1,000.00 per month through and including the month of confirmation, for the payment of the Subchapter V Trustee's fees and expenses in this case.

3. The Debtor is required to forward the amount of $1,000.00 to the Subchapter V Trustee, Tarek Kiem, by the 1st of each month starting on December 1, 2026, until such time as final compensation is awarded or denied the Subchapter V Trustee, unless a different timing for payment is otherwise agreed to by the Subchapter V Trustee, or this case is converted or dismissed.

4. Payments may be made via Zelle to tarek@kiemlaw.com, wire or check made payable to "Tarek Kiem, Trustee" and mailed to P.O. Box 541325, Greenacres, FL 33454-1325.

5. These underlying escrowed funds are to be held in trust in the Subchapter V Trustee's law firm IOTA account and dedicated to the payment of the Subchapter V Trustee's fees and expenses upon further Court approval.

6. The Debtor is required to reflect in the monthly operating reports filed in this case each time that such $1,000.00 monthly escrow payment is paid into the Subchapter V Trustee trust account by the Debtor.

###

Submitted by:

Tarek Kiem
Subchapter V Trustee
Kiem Law PLLC
P.O. Box 541325
Greenacres, FL 33454
Telephone: (561)600-0406, Facsimile: (561)763-7355
Email: trustee@kiemlaw.com

Trustee Tarek Kiem shall serve a copy of the signed order on all interested parties, *including all creditors*, and file with the court a certificate of service conforming with Local Rule 9036-2.