Form CGFCRD3C (6/1/2026)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 26−24675−SMG**
**Chapter: 11**

**In re:**
Sure Sports Lending, LLC
aka Sure Sports, LLC
2116 Hollywood Blvd, Suite 116
Hollywood, FL 33020
EIN: 55−0918004

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Scott M Grossman to consider the following:

**Motion for Pre−Petition Wages (Expedited) Filed by Debtor Sure Sports Lending, LLC (Dorsey, Patrick) (23)**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** **November 10, 2026**
   **Time:** **02:30 PM**
   **Location:** **U.S. Courthouse, 299 E Broward Blvd, Courtroom 308, Ft Lauderdale, FL 33301**

2. The movant's attorney (or, if unrepresented, the movant) must serve a copy of this notice on all entities required to receive notice and file a certificate of service as required by Local Rule 9036−2. Failure to serve this notice as directed, or to file a certificate of service, may result in denial of the relief requested.

3. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Under District Court Administrative Order 2018−79, as amended by District Court Administrative Order 2019−87−A, with certain limited exceptions, electronic devices, including but not limited to cameras, cellular phones (including those with cameras), smart glasses, iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. A motion seeking to allow a specific person access to the courthouse with a specific electronic device for a specific purpose and period of time may be filed under Local Rule 9013−2(c).

**Dated:** **11/9/26**

**CLERK OF COURT**
By: Edy Gomez
Courtroom Deputy