3:53 PM
11/09/26
Cash Basis

# Sure Sports LLC
## Balance Sheet
### As of October 31, 2026

| | | Oct 31, 26 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **Operating Accounts** | | |
| **Banc of California** | 4,032.51 | |
| **FFBT - 3720** | 1,594.55 | |
| **South State/Centerstate - 2000** | 1,601.74 | |
| **WF - 4040** | 11,341.42 | |
| **WF - 7966** | 7,090.45 | |
| **WSFS - 0168** | 14,418.58 | |
| **Total Operating Accounts** | | 40,079.25 |
| **Total Checking/Savings** | | 40,079.25 |
| **Total Current Assets** | | 40,079.25 |
| **Fixed Assets** | | |
| **2013 Assets** | | |
| **Furniture** | 1,548.75 | |
| **Total 2013 Assets** | | 1,548.75 |
| **2014 Assets** | | |
| **Computer - 07/09** | 449.18 | |
| **Office Furniture - 09/17** | 572.40 | |
| **Office Furniture - 11/06** | 1,054.58 | |
| **Total 2014 Assets** | | 2,076.16 |
| **2015 Assets** | | |
| **Office Furniture - 10/05** | 550.10 | |
| **Total 2015 Assets** | | 550.10 |
| **2016 Assets** | | |
| **Computer - 01/19** | 661.22 | |
| **Computer - 02/25** | 855.99 | |
| **Couch - 11/11** | 882.69 | |
| **Filing Cabinet - 05/07** | 235.74 | |
| **Office Furniture - 01/07** | 1,008.05 | |
| **Office Furniture - 02/12** | 2,082.94 | |
| **Office Furniture - 06/10** | 1,345.55 | |
| **Office Furniture - 12/01** | 2,199.50 | |
| **Stand Up Desk - 08/16** | 1,299.99 | |
| **Video Conf. Equipment - 05/25** | 6,402.82 | |
| **Total 2016 Assets** | | 16,974.49 |
| **2017 Assets** | | |
| **Generator - 09/07** | 2,800.83 | |
| **HP Computer - 04/20** | 977.97 | |
| **Office Cameras - 10/25** | 526.82 | |
| **Office Chair - 02/03** | 296.79 | |
| **Office Desk - 02/17** | 582.98 | |
| **Office Furniture - 04/13** | 590.04 | |
| **Office Furniture - 06/12** | 944.88 | |
| **Office Furniture - 06/22** | 1,800.94 | |
| **Office Furniture - 07/03** | 1,912.88 | |
| **Office Furniture - 07/29** | 539.87 | |
| **Office Furniture - 11-01** | 2,542.07 | |
| **Reception Computer - 01/19** | 561.79 | |
| **Total 2017 Assets** | | 14,077.86 |
| **2019 Assets** | | |
| **Office Furniture - 11/11** | 4,260.74 | |
| **Total 2019 Assets** | | 4,260.74 |

3:53 PM
11/09/26
Cash Basis

# Sure Sports LLC
# Balance Sheet
## As of October 31, 2026

| | | Oct 31, 26 |
|---|---|---|
| 2020 Assets | | |
| Office Fixture - 02/21 | 2,073.93 | |
| Total 2020 Assets | | 2,073.93 |
| 2021 Assets | | |
| 2022 Audi E Tron - 12/14 | 106,417.71 | |
| Office Fixtures - 12/29 | 1,078.65 | |
| Office Furniture - 01/08 | 2,085.94 | |
| Total 2021 Assets | | 109,582.30 |
| 2022 Assets | | |
| Office Furniture - 11/30 | 1,355.56 | |
| Total 2022 Assets | | 1,355.56 |
| 2023 Assets | | |
| 2023 Rivian R1S - 11/27 | 98,000.00 | |
| Computer - 02/22 | 1,872.49 | |
| HP Laptop - 05/05 | 1,984.84 | |
| Office Equipment - 03/07 | 1,861.74 | |
| Office Furniture - 08/12 | 2,058.07 | |
| Total 2023 Assets | | 105,777.14 |
| 2025 Assets | | |
| Fridge - 05/26 | 1,108.51 | |
| Total 2025 Assets | | 1,108.51 |
| 2026 Assets | | |
| 2026 Lucid Grand Touring - 1/12 | 127,947.00 | |
| Total 2026 Assets | | 127,947.00 |
| Accumulated Depreciation | | -240,480.00 |
| Total Fixed Assets | | 146,852.54 |
| **TOTAL ASSETS** | | **186,931.79** |
| LIABILITIES & EQUITY | | |
| Liabilities | | |
| Current Liabilities | | |
| Credit Cards | | |
| Amex Centurion - 73008 | | -22,756.36 |
| Total Credit Cards | | -22,756.36 |
| Other Current Liabilities | | |
| BOA Loan - 6635 | | 109,947.00 |
| BOA Loan - Audi 6521 | | 1,217.71 |
| BOA Loan - Rivian 5620 | | 37,380.72 |
| Harper Pearl Loan | | 155,000.00 |
| Southstate LOC - 6498 | | 190,645.11 |
| Total Other Current Liabilities | | 494,190.54 |
| Total Current Liabilities | | 471,434.18 |
| Total Liabilities | | 471,434.18 |
| Equity | | |
| Shareholder's Capital | | 4,187,789.29 |
| Shareholder's Equity | | -3,646,423.72 |
| Shareholder Distributions | | |
| 2% S Corp Medical Wages | -4,288.03 | |
| Charitable Contributions | -4,792.75 | |
| Draws | -834,705.53 | |
| Harper Pearl Realty | -2,500.00 | |
| Total Shareholder Distributions | | -846,286.31 |

3:53 PM
11/09/26
Cash Basis

# Sure Sports LLC
## Balance Sheet
### As of October 31, 2026

| | Oct 31, 26 |
|---|---|
| **Net Income** | 20,418.35 |
| **Total Equity** | -284,502.39 |
| **TOTAL LIABILITIES & EQUITY** | **186,931.79** |